# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

MICHAEL J. FEGANS
ADC #079097                                                                                            PETITIONER

VS.                              4:04CV00335 SWW/JTR

UNITED STATES OF AMERICA;
UNITED STATES BUREAU OF PRISONS; and
HARLEY G. LAPPIN, Director,
United States Bureau of Prisons                                                          RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner. After carefully considering these documents and making a *de novo* review of relevant portions of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petitions for Writ of Habeas Corpus (docket entries #1, #17, and #22) are DENIED, and that this case is DISMISSED, WITH PREJUDICE.

Dated this 11th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE