IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

MICHAEL J. FEGANS
ADC #079097                                                                                          PETITIONER

VS.                                       4:04CV00335 SWW/JTR

UNITED STATES OF AMERICA;
UNITED STATES BUREAU OF PRISONS; and
HARLEY G. LAPPIN, Director,
United States Bureau of Prisons                                                            RESPONDENTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 11th day of July, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE